SHIRLEY S. ABRAHAMSON, J.
¶ 55. (dissenting). Attorney Meisel has had more than his share of medical problems and has obviously suffered immensely. I could go along with the referee's recommendation of a two-year suspension. The referee already considered mitigating factors. In In re Disciplinary Proceedings Against Sosnay, 209 Wis. 2d 241, 562 N.W.2d 137 (1997), this court said that absent a causal connection between an attorney's medical condition and the attorney's professional misconduct, the medical condition may not be considered a factor mitigating either the seriousness of the misconduct or the severity of the discipline to be imposed for it. The per curiam opinion undermines Sosnay. I am unwilling to do that. What is left of Sosnay? Lawyers, the OLR, and referees ought to know what factors are mitigating factors.